Argued and submitted May 4, petition for review dismissed as improvidently allowed June 21, 1990

DYNAGRAPHICS, INC.,
*Respondent on Review,*

*v.*

UNITED STATES NATIONAL BANK
OF OREGON,
*Petitioner on Review.*

(TC A8702-01357; CA A50655; SC S36923)

792 P2d 439

James N. Westwood argued the cause for petitioner on review United States National Bank of Oregon. With him on the petition were John F. Purcell, Carolyn E. Wells and Miller, Nash, Wiener, Hager & Carlsen, Portland.

Kevin P. O'Connell argued the cause for respondent on review Dynagraphics, Inc. With him on the response were Eric M. Bosse, Christopher P. Vice and O'Connell, Goyak & Dilorenzo, Portland.

MEMORANDUM OPINION

Petition for review dismissed as improvidently allowed.